UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PALO ALTO NETWORKS, INC., <br><br>    Plaintiff and Counter-Defendant, <br><br> v. <br><br> JUNIPER NETWORKS, INC., <br><br>    Defendant and Counterclaimant. | Case Number: C 13-04510 SBA <br><br> CASE MANAGEMENT ORDER |

Following the Case Management Conference held on January 22, 2014, pursuant to Federal Rule of Civil Procedure 16, the following Case Management Scheduling Order is entered as follows:

| Date | Event |
|---|---|
| Jan. 22, 2014 | Initial Case Management Conference |
| Jan. 29, 2014 | Initial Disclosures |
| Feb. 5, 2014 | Disclosure of Asserted Claims & Infringement Contentions & accompanying document production |

| Date | Event |
|---|---|
| Mar. 24, 2014 | Invalidity Contentions & accompanying document production |
| Apr. 7, 2014 | Parties to exchange Proposed Terms & Claim Elements for Construction |
| Apr. 28, 2014 | Parties to exchange Preliminary Claim Constructions |
| Apr. 28, 2014 | Last day for joinder of additional parties and amendment to pleadings |
| May 23, 2014 | Parties to file Joint Claim Construction & Prehearing Statement. |
| June 23, 2014 | Claim Construction Discovery Cut-Off |
| July 14, 2014 | Parties to file Opening Brief on Claim Construction |
| August 4, 2014 | Parties to file Responsive Brief on Claim Construction |
| August 25, 2014 | Parties to file Reply Brief on Claim Construction |
| October 8, 2014 10:00 a.m. (4 hour max. incl.. any tutorial) | Court conducts Claim Construction (*Markman*) Hearing |

The September 17, 2014 Claim Construction Hearing shall be scheduled to begin at 10 a.m. and shall last four hours, inclusive of any tutorial.  The parties shall provide to the Court binders of any exhibits or demonstratives to be used during the hearing or any tutorial *5 calendar days* in advance of the hearing.

IT IS SO ORDERED.

Dated: 2/18/2014

*[signature]*
Honorable Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE

[PROPOSED] CASE MANAGEMENT ORDER Case No. 13-04510

2