1  [See signature page for Counsel.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PALO ALTO NETWORKS, INC.,<br><br>　　　　　Plaintiff and Counter-Defendant,<br><br>　　v.<br><br>JUNIPER NETWORKS, INC.,<br><br>　　　　　Defendant and Counterclaimant. | Case Number: C 13-04510 SBA (EDL)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Saundra B. Armstrong |

JOINT STIPULATION AND [Proposed] Order OF DISMISSAL WITH PREJUDICE
Case No. 13-04510 SBA (EDL)
sf-3420308

Plaintiff and counterclaim-defendant Palo Alto Networks, Inc. and defendant and counterclaim-plaintiff Juniper Networks, Inc. hereby stipulate to the dismissal with prejudice of all claims and counterclaims between them in this action pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and (c), with each party to bear its own costs, expenses, and attorneys' fees.

Dated: May 28, 2014

/s/ Michael. A. Jacobs
HAROLD J. MCELHINNY (BAR NO. 66781)
MICHAEL A. JACOBS (BAR NO. 111664)
MATTHEW I. KREEGER (BAR NO. 153793)
RICHARD S.J. HUNG (BAR NO. 197425)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522
Attorneys for Plaintiff
PALO ALTO NETWORKS, INC.

Dated: May 28, 2014

/s/ Lisa S. Glasser
IRELL & MANELLA LLP
MORGAN CHU (BAR NO. 70446)
JONATHAN S. KAGAN (BAR NO. 166039)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

LISA S. GLASSER (BAR NO. 223406)
DAVID C. MCPHIE (BAR NO. 231520)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:   (949) 760-0991
Facsimile:   (949) 760-5200
Attorneys for Defendant
JUNIPER NETWORKS, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated: _____May 28\_\_, 2014

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Court Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order of Dismissal with Prejudice. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Lisa S. Glasser has concurred in this filing.

Dated: May 28, 2014

*/s/  Michael A. Jacobs*
Michael A. Jacobs

JOINT STIPULATION AND [Proposed] Order of Dismissal with Prejudice
Case No. 13-04510 SBA (EDL)
sf-3420308

3